FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 3 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RICHIE DAVISON,

          Plaintiff,

- against -

PATRICK GRILLO, Parole officer at Arthur
Kill Correctional Facility; ROBERT DENNISON,
Chairman of the New York State Division of Parole;
EDWARD RENDELSTEIN, Area Supervisor;
RICHARD ROSADO, Senior Field Parole Officer;
and CLIFFORD JONES, Field Parole Officer,

          Defendants.
------------------------------------------------------------------x

ORDER

05 CV 4960 (NG) (LB)

**GERSHON, United States District Judge:**

No objections have been filed to the June 27, 2006 Report and Recommendation of Magistrate Judge Lois Bloom. The Court adopts the Report and Recommendation in its entirety. The Clerk of Court is directed to dismiss this action without prejudice.

SO ORDERED.

/s/
NINA GERSHON
United States District Judge

Dated:    July 31, 2006
            Brooklyn, New York